DAVID MICHAEL BIGELEISEN
Attorney at Law (SBN #68681)
101 Howard Street, Suite 310
San Francisco, CA 94105
(415) 957-1717

Attorney for the Defendant:
TONY IM

UNITED STATES DISTRICT COURTS
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 30970784BZ |
| Plaintiff, | |
| - against - | APPLICATION FOR PERMISSION TO TRAVEL OUTSIDE OF NORTHERN DISTRICT OF CALIFORNIA |
| TONY IM | |
| Defendant. | – AND – |
| | ORDER THEREON |

I, TONY IM, declare and say:

1.  I am the defendant in this case.

2.  I was released on my promise to appear in Court as ordered.

3.  My release is conditioned upon my remaining within the geographic confines of the Northern District of California. A correct copy of the conditions of my release is attached.

4.  My son, Eddie, lives in San Diego. He is a college student there.

*Application for Permission to Travel Outside of Northern District of California*

5. My wife and I would like to visit Eddie over the Thanksgiving holiday.

6. These are my travel plans:

    a) Travel by automobile to San Diego on November 24 or November 25, 2009.

    b) Stay at 5787 College Avenue, San Diego, California 92120. This is my son's residence.

    c) Return to San Francisco on November 29 or November 30, 2009.

7. I request permission to travel as set forth.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on November ____, 2009.

_____
TONY IM

## CONSENT OF UNITED STATES ATTORNEY

I consent to the relief requested.

Dated: 11-18-09

_____
JEFFREY FINIGAN
Assistant United States Attorney

## ORDER ALLOWING TRAVEL

Good cause appearing, it is ordered that Tony Im may travel to and from San Diego,

Application for Permission to Travel Outside of Northern District of California

2

California on the following terms:

1. Depart on November 24 or November 25, 2009

2. Stay at 5787 College Avenue, San Diego, California

3. Return to the Northern District of California no later than November 30, 2009

Dated: 20 N ~09

_____
Bernard Zimmerman
United States Magistrate Judge